IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT H. HINDMAN                                PLAINTIFF

      v.                             Civil No. 04-1080

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                           DEFENDANT

## **JUDGMENT**

On this 31st day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Denver L. Thornton, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,875.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                           /s/Bobby E. Shepherd
                                                      Honorable Bobby E. Shepherd
                                                     United States Magistrate Judge